**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

VICKI SILVA, parent and guardian of minor
child V.S.,

       Plaintiff,

vs.   No. CIV 05-1268 JB/ACT

NEW MEXICO SOLUTIONS, ESTELLA
ESQUIBEL and MICHAEL ESQUIBEL, in
their individual capacities as state actors,

       Defendants,

and

UNITED NATIONAL INSURANCE COMPANY,
a foreign insurance company,

       Plaintiff-in-Intervention,

v.

VICKI SILVA, parent and guardian of minor child V.S.,
BEHAVIORAL HEALTHCARE SERVICES, INC., d/b/a
NEW MEXICO SOLUTIONS, ESTELLA ESQUIBEL and
MICHAEL ESQUIBEL,

       Defendants-in-Intervention.

**ORDER and JUDGMENT**

       **THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, filed January 23, 2008 (Doc. 87).  The parties did not file any objections.  Upon review of the pleadings, and being otherwise advised in the premises, the Court will adopt the Magistrate Judge's Proposed Findings and Recommended Disposition.

       **IT IS THEREFORE ORDERED** that the Court will adopt the Magistrate Judge's Proposed

Findings and Recommended Disposition and approve the proposed settlement.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint for Civil Rights Violations & Breach of Contract removed to federal court on December 2, 2005, is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE